JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WRI RETAIL POOL I, L.P., a Texas limited partnership,<br><br>           Plaintiff,<br><br>     vs.<br><br>COSWAY USA, INC., d/b/a COSWAY USA, INC., a Delaware corporation; and DOES 1 through 25, inclusive,<br><br>           Defendants. | Case No. 8:14-cv-00705-AG-RNB<br><br>**ORDER RE DISMISSAL OF COMPLAINT PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

# ORDER

**IT IS HEREBY ORDERED** that pursuant to the Stipulation Re Dismissal of Complaint filed in the above-referenced action that the complaint and all claims alleged therein against Defendant Cosway USA, Inc., d/b/a Cosway USA, Inc. is hereby dismissed with prejudice pursuant to Rule 41(a)(1)(a)(ii) of the Federal Rules of Civil Procedure.

**SO ORDERED.**

DATED: May 29, 2015_____

Hon. Andrew J. Guilford
United States District Court Judge

142920.00601/100457119v.1

1

**[PROPOSED] ORDER**